THE HON. DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **IAN QUAN AND ALYSSA KUHN**, <br><br> Plaintiffs, <br><br> v. <br><br> **FARMERS GROUP, INC**., A CALIFORNIA CORPORATION, **FIRE INSURANCE EXCHANGE**, A CALIFORNIA ORGANIZATION, AND **ABATEMENT SERVICES, INC**., AN OREGON CORPORATION, AND **FIRE UNDERWRITERS ASSOCIATION**, A CALIFORNIA ENTITY, <br><br> Defendants. | No.: 3:23-cv-5296-DGE <br><br> **STIPULATION AND ORDER OF DISMISSAL OF FARMERS DEFENDANTS WITH PREJUDICE** <br><br> **(Clerk's Action Required)** |

## STIPULATION

COMES NOW, Plaintiffs Ian Quan and Alyssa Kuhn and Defendants Farmers Group, Inc., Fire Insurance Exchange, and Fire Underwriters Association (collectively, "Farmers Defendants"), by and through their respective, undersigned counsel of record and stipulate and agree pursuant to Fed.R.Civ.P. 41(a) that

///

///

STIPULATION AND ORDER DISMISSING FARMERS DEFENDANTS WITH PREJUDICE AND WITHOUT COSTS — Page 1

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

1  the Farmers Defendants are dismissed with prejudice and without costs or fees to
2  any party.
3
4  Signed April 25, 2024.                              Signed April 25, 2024.
5
6
7  /s/ Joseph Wagner                                   /s/ Francis J. Maloney
   Joseph Wagner, WSBA #57027                          Francis J. Maloney III, WSBA #45081
8  *Attorneys for Plaintiffs*                          *Attorneys for Farmers Defendants*

STIPULATION AND ORDER DISMISSING FARMERS    Page 2
DEFENDANTS WITH PREJUDICE AND WITHOUT COSTS

MALONEY | LAUERSDORF | REINER PC
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

## ORDER

Based on the stipulation between Plaintiffs and the Farmers Defendants, IT IS SO ORDERED: The Clerk of the Court is directed to dismiss the Farmers Defendants from this matter with prejudice and without costs.

Dated this 26th day of April 2024.

_____
David G. Estudillo
United States District Judge

STIPULATION AND ORDER DISMISSING FARMERS DEFENDANTS WITH PREJUDICE AND WITHOUT COSTS — Page 3

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417