# IN THE FEDERAL COURT OF THE WESTERN DISTRICT OF WASHINGTON, TACOMA

| | |
|---|---|
| IAN QUAN AND ALYSSA KUHN,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>FARMERS GROUP, INC., A CALIFORNIA CORPORTATION, FIRE INSURANCE EXCHANGE, A CALIFORNIA ORGANIZATION, AND ABATEMENT SERVICES INC., AN OREGON CORPORATION, AND FIRE UNDERWRITERS ASSOCIATION, A CALIFORNIA ENTITY,<br><br>　　　　　　　　　　Defendants. | Cause No: 3:23-cv-05296-DGE<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE.** |

## ORDER

The Court, having considered the Parties' joint motion to dismiss, hereby GRANTS the motion and orders the case be dismissed WITH PREJUDICE, without costs or fees to any party.

Dated this 17th day of December, 2024.

　　　　　　　　　　　　　　　　　　　　　_David G. Estudillo_
　　　　　　　　　　　　　　　　　　　　　David G. Estudillo
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING DISMISSAL - 1　　　　　　　　　　　　**JOSEPH WAGNER LAW OFFICE**
　　　　　　　　　　　　　　　　　　　　　　　　　　　900 WASHINGTON ST. STE. 750
　　　　　　　　　　　　　　　　　　　　　　　　　　　VANCOUVER, WASHINGTON  98660

Presented by:

/s/ Joseph Wagner
Attorney for Plaintiff

/s/ Brittany Torrence
Attorney for Defendant Abatement Services Inc.